In the Matter of MICHAEL DIEDERICH, JR., Individually and on Behalf of all Taxpayers of the County of Rockland, Appellant, et al., Petitioner, v CHRISTOPHER ST. LAWRENCE, Defendant, and HOLLAND & KNIGHT, LLP, et al., Respondents.

Decided June 28, 2011

Appeal, insofar as taken from the Appellate Division order denying the motion for reargument or leave to appeal, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

SKIP FUNT, Appellant, v HUMAN RESOURCES ADMINISTRATION OF THE CITY OF NEW YORK, Respondent.

Submitted May 9, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GOSMILE, INC., Respondent, v JONATHAN B. LEVINE, D.D.S., Appellant.

Submitted May 16, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.